UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANCIS KRABBE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NELNET SERVICES, LLC,<br><br>　　　　　　Defendant. | CASE NO. 2:23-cv-01649-LK<br><br>ORDER OF DISMISSAL |

　　　This matter comes before the Court on pro se Plaintiff Francis Krabbe's Motion to Dismiss. Dkt. No. 10. The Court construes Ms. Krabbe's motion as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

　　　A plaintiff "may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served either an answer or a motion for summary judgment. Thus, Ms. Krabbe's motion to dismiss is effective upon its filing and without a court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

ORDER OF DISMISSAL - 1

1 | Accordingly, the Court GRANTS Ms. Krabbe's Motion to Dismiss, Dkt. No. 10. This
2 | action is DISMISSED without prejudice and without attorney's fees or costs to any party. The
3 | Clerk of Court shall close this case and terminate any remaining deadlines.
4 | Dated this 21st day of December, 2023.

*Lauren King*

Lauren King
United States District Judge

ORDER OF DISMISSAL - 2